# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.                              CASE NO. 8:18-cv-1909-T-02TGW

SABRINA MICHELLE HENDLEY
and MARY M. HENDLEY,

    Defendants.
_____/

## O R D E R

Upon due consideration of the Defendant Sabrina Michelle Hendley's Motion to Stay Proceedings Pending Outcome of Criminal Case (Dkt. 30), the Court concludes a stay of this civil case is warranted.

In this interpleader action, Prudential Insurance Company of America deposited over $400,000.00 into the registry of the court in February 2019. Dkts. 25, 29. The amount represents the death benefit under a group life insurance policy issued to the Department of Veterans Affairs of the United States with respect to Mark Hendley. Only the two Defendants remain as parties.

Mark Hendley was killed in May 2018. Defendant Sabrina Hendley is the wife of Mark Hendley, who is now deceased. Defendant Mary M .Hendley is the

mother of Mark Hendley.  Sabrina Hendley was charged with second degree murder in the shooting death of her husband.  Dkt. 30-1 (*Florida v. Hendley*, No. 2018-CF-7704, pending in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida).  She pleaded not guilty.

Sabrina Hendley is the sole primary beneficiary of the death benefit.  Under federal law, a designated beneficiary who is "convicted of intentionally and wrongfully killing the decedent" is prohibited from receiving payment.  38 C.F.R. § 9.5 (e)(2).  In the event Sabrina Hendley is convicted in the pending criminal case, the death benefit will be payable to Mary Hendley.  *See* 38 U.S.C. § 1970(a).

A stay of an interpleader case action may be appropriate when a defendant has been charged with murder.  *See Am. Gen. Life Ins. Co. v. Jones*, No. CIV 08-211-WS-B, 2008 WL 4949847 at *4-5 (S.D. Ala. Nov. 13, 2008) (staying interpleader pending outcome of defendant's murder case).  Courts must balance judicial economy, the protection of a defendant's Fifth Amendment privilege, and prejudice to the parties in staying the proceedings.  *Id*.  If the criminal case is resolved adversely to Sabrina Hendley, then there would be little to none to litigate in this interpleader action.  *See Lay v. Hixon*, No. CIV 09-75-WS-M, 2009 WL 1357384, at *4 (S.D. Ala. May 12, 2009) (citing *Jones* with approval).

It is therefore **ORDERED AND ADJUDGED** that Defendant Sabrina Michelle Hendley's Motion to Stay Proceedings Pending Outcome of Criminal Case (Dkt. 30) is granted. This case is stayed until resolution of the state court criminal case. The parties are directed to notify this Court immediately upon the termination of the criminal case and, in any event, to file a status report on or before February 1, 2020. The Clerk is directed to administratively close this case.

**DONE AND ORDERED** at Tampa, Florida, on August 27, 2019.

                                          s/*William F. Jung*
                                      **WILLIAM F. JUNG**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record and unrepresented parties